UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BARBARA VINCIGUERRA,

                Plaintiff,                Index No.: 08cv5371

                                          **AFFIDAVIT OF SERVICE**

      -against-

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, ET AL.

                Defendant
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                              ss.:
COUNTY OF NASSAU  )

      CHRISTOPHER MORELLI, being duly sworn, deposes and says that I am not a party to this action, I am over 18 years of age and reside in Manhasset, New York.

      That on June 25, 2008, at 225 Park Avenue South, 15th Floor, New York, New York 10003, deponent personally served the within Summons and Complaint upon The Port Authority of New York and New Jersey by delivering said Summons and Complaint to and leaving it with Bennie Kimbell, the Security Supervisor, at the above address and that he knew the person so served to be the managing agent of the Port Authority of New York and New Jersey.

      DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex: M   Approximate age:40   Approximate Height 6'1"   Color of Skin: Black
Color of Hair: Grey/Black

                                                            _____
                                                              CHRISTOPHER MORELLI

Sworn to before me this
2nd Day of July, 2008

_____
Notary Public

JAIME LYNN ECKL
Notary Public, State of New York
No. 02EC61*****
Qualified in Nassau County
Commission Expires April 21, 2012