USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

RECEIVED
JUL 14 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Barbara Vinciguerra,

                Plaintiff,

- against -

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, et al.

                Defendants.
------------------------------------------------------X

STIPULATION EXTENDING
DEFENDANTS' TIME TO
ANSWER THE COMPLAINT

08 CV 5371
(RJH)

IT IS HEREBY **STIPULATED AND AGREED** by the undersigned that the time for Defendants, The Port Authority of New York and New Jersey (hereinafter "Port Authority"), John Kassimatis, Carol Maresca, Samuel Plumeri, John Ryan, and Anthony Whittaker to appear, answer or otherwise move in the above-captioned action is hereby extended to and including August 12, 2008.

IT IS FURTHER STIPULATED AND AGREED by the undersigned that the Summons and Complaint were served upon the Port Authority on June 25, 2008, and, upon information and belief, the Summons and Complaint were filed with the Court on or about June 12, 2008.

Dated: New York, New York
        July 11, 2008

_[signature]_
Steven A. Morelli, Esq. (SM-4721)
*Attorney for Plaintiff*
The Law Office of Steven A. Morelli
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 393-9151

_[signature]_
MILTON H. PACHTER, ESQ.
By: Karla Denalli, Esq. (KD-8357)
The Port Authority of New York and New
  Jersey
225 Park Avenue South, 13th Floor
New York, New York 10003
(212) 435-3436

SO ORDERED: _[signature]_
           U.S.D.J.
           7/16/08