**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, an *Answer* on behalf of The Port Authority of New York & New Jersey, John Ryan, Anthony Whitaker, John Kassimatis, Samuel Plumeri and Carol Maresca, was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

> Steven A. Morelli
> The Law Office of Steven A. Morelli, P.C.
> *Attorneys for Plaintiff*
> One Old Country Road, Suite 347
> Carle Place, New York  11514
> (516) 393-9151

> MILTON H. PACHTER, ESQ.
> *Attorney for Defendants*
> The Port Authority of New York & New Jersey
> and Sean Dale
>
> By: /s/ *Karla Denalli*
> Karla Denalli, Esq. (KD-8357)
> 225 Park Avenue South, 13th Floor
> New York, New York  10003
> (212) 435-3436

Dated: New York, New York
       August 12, 2008